Before STATE INDUSTRIAL BOARD, Respondent. EDWARD ST. ONGE, Respond-

ent, v. VINCENT SCHIAVI and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.